UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIRAN VUPPALA,

                Plaintiff,

against

INDORAMA INC., et al.,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 1256 (LTS) (SLC)

**AMENDED ORDER SCHEDULING
INITIAL CASE MANAGEMENT CONFERENCE**

**SARAH L. CAVE,** United States Magistrate Judge.

The initial case management conference currently scheduled for March 10, 2020 is hereby ADJOURNED until **April 7, 2020 at 2:30 pm** in Courtroom 18A, 500 Pearl Street, New York, New York. At the conference, the parties must be prepared to discuss the subjects set forth in Fed. R. Civ. P. 16(b) and (c).

All pretrial motions and applications, including those relating to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Magistrate Judge Cave and must comply with her Individual Practices, available on the Court's website at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

It is further ORDERED that counsel shall meet and confer in accordance with Fed. R. Civ. P. 26(f) no later than **21 days before** the Initial Case Management Conference. No later than **one week (seven (7) calendar days) before** the conference, the parties shall file a Report of Rule 26(f) Meeting and Proposed Case Management Plan, via ECF, signed by counsel for each party. A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

To the extent the parties are in disagreement about any portion of the Proposed Case Management Plan, they may set forth their respective proposals for the disputed provision, <u>without argument</u>.

The Clerk of Court is respectfully directed to amend the date of the initial conference and to close the Letter-Motion at ECF No. 40.

Dated: New York, New York
March 3, 2020

SO ORDERED

*[signature]*

**SARAH L. CAVE**
**United States Magistrate Judge**