# THE WEITZ LAW FIRM, P.A.

Pursuant to the Court's Order at ECF No. 42, the Initial Case Management Conference in this matter will be conducted by telephone. The parties' proposed case management schedule submitted in advance of the conference should include allowances the current situation. Accordingly, the request to stay is DENIED at this time.

The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 43.

SO ORDERED            3/18/2020

*Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge

March 17, 2020

**VIA CM/ECF**
Honorable Magistrate Judge Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 18A
New York, NY 10007

      Re:    Vuppala v. Indorama Inc., d/b/a Mint Masala, et al.
             Case 1:19-cv-01256-LTS-SLC

Dear Judge Cave:

      The undersigned represents the Plaintiff in the above-captioned case matter.

      Due to the ongoing health crisis caused by the COVID-19 pandemic, and the tumultuous economic effects it is causing to virtually all businesses open to the public (including possible complete closures), such as the business involved in this matter, Plaintiff's undersigned counsel hereby respectfully requests that the Court grant a thirty (30) day stay of all deadlines and/or Conference in this matter.

      Further, since undersigned counsel is based in Florida, an in-person Conference would require possible unsafe roundtrip travel from Florida to New York (in both of which official states of emergency has been declared). In fact, recently a passenger on a similar JetBlue flight from New York to Florida had tested positive for COVID-19. In addition, undersigned counsel suffers from an underlying asthmatic-type health condition which, potentially, would be adversely affected by the COVID-19 virus. However, in the event that the Court decides not to stay this matter, then, in the alternative, undersigned counsel respectfully requests that any future Conference be conducted telephonically, which is in accordance with SDNY's Chief Judge Coleen McMahon's recent March 13, 2020 Standing Order that "Judges are strongly encouraged to conduct court proceedings by telephone or video conferencing where practicable."

      The Court may wish to note that this is undersigned counsel's first request to stay this matter. Thank you for your consideration of this unexpected, but essential, request.

                  Sincerely,

                  By: /S/ B. Bradley Weitz
                      B. Bradley Weitz, Esq. (BW 9365)
                      THE WEITZ LAW FIRM, P.A.
                      18305 Biscayne Blvd., Suite 214
                      Aventura, Florida 33160
                      Tel.: (305) 949-7777
                      Fax: (305) 704-3877
                      Email: bbw@weitzfirm.com